**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 14-6022**

———

MARTHA CECILIA FERNANDEZ-GARCIA,

             Petitioner - Appellant,

    v.

UNITED STATES OF AMERICA,

             Respondent - Appellee.

———

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, District Judge.  (1:12-cv—01137-TDS-JLW)

———

Submitted:  May 29, 2014         Decided:  June 2, 2014

———

Before SHEDD, WYNN, and THACKER, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Martha Cecilia Fernandez-Garcia, Appellant Pro Se.  Michael Francis Joseph, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martha Cecilia Fernandez-Garcia appeals the district court's order accepting the recommendation of the magistrate judge and denying her petition for a writ of coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Garcia v. United States, No. 1-12-cv-01137-TDS-JLW (M.D.N.C. Nov. 6, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED